Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000506
21-NOV-2013
08:30 AM

NO. CAAP-12-0000506

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BRADLEY JOHN ARGUE, Plaintiff-Appellee, v.
BONDU KONDEH ARGUE, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 10-1-252K)

ORDER GRANTING PLAINTIFF-APPELLEE'S
MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Leonard and Ginoza, JJ.)

Upon consideration of "Plaintiff-Appellee's Motion for

Reconsideration of Memorandum Opinion Filed on 11/8/2013" filed

November 17, 2013, the memorandum/papers in support of the

motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is granted and the

Memorandum Opinion of the Intermediate Court of Appeals filed

November 8, 2013 is amended as follows.

On page 13, the IV. CONCLUSION shall read:

"We vacate in part the Circuit Court of the Third

Circuit's Divorce Decree filed on April 23, 2012 and March 20,

2012 Findings of Fact, Conclusions of Law, and Order, as they

pertain to alimony/spousal support, and remand this case for

further proceedings consistent with this opinion."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaii, November 21, 2013.

Daniel S. Peters
on the motion for
Plaintiff-Appellee.

Presiding Judge

Associate Judge

Associate Judge

-2-